# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| RED BIRD MACHINERY REPAIR, LLC, | ) ) ) |
| Defendant. | ) |

Case No. 18-CV-1769-SMY-MAB

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Equal Employment Opportunity Commission ("EEOC") alleges that Defendant Red Bird Machinery Repair, LLC ("Red Bird") terminated Shaun Woody's employment in retaliation for filing charges of discrimination. Now pending before the Court is Woody's Motion to Intervene pursuant to 42 U.S.C. § 2000e-5 (Doc. 21) to which no party has responded.

Federal Rule of Civil Procedure 24(a)(1) permits intervention as of right to any person who "is given an unconditional right to intervene by a federal statute." The Civil Rights Act of 1964 provides such an unconditional right to an aggrieved person in a civil action filed by the EEOC. 42 U.S.C. § 2000e-5(f)(1). In his Intervenor Complaint, Woody alleges that he was employed by Red Bird from December 2016 to March 2017 when his employment was terminated after he filed two charges of racial discrimination on February 21, 2017. Therefore, Woody is an aggrieved person who has an unconditional right to intervene in this lawsuit.

The Motion is therefore **GRANTED**; Woody is **DIRECTED** to file his Intervenor Complaint within three (3) days of the date of this Order.

**IT IS SO ORDERED.**

**DATED: June 11, 2019**

**STACI M. YANDLE**
**United States District Judge**